## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:16CR199 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TAYLOR SPORVEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Taylor Sporven (Sporven) (Filing No. 25).  Sporven seeks a continuance of the trial of this matter was scheduled for November 14, 2016.  Sporven's counsel represents that government's counsel has no objection to the motion.  Sporven's counsel represents Sporven will file an affidavit wherein he agrees to the motion and understands the additional time for the motion may be excluded from the Speedy Trial Act computations.  Upon consideration, the motion will be granted to allow the parties to finalize a diversion agreement.


**IT IS ORDERED:**

1.      Sporven's motion to continue trial (Filing No. 25) is granted.  Trial of this matter is continued to **December 19, 2016**, before Judge Robert F. Rossiter, Jr., and a jury.

2.      The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 7, 2016, and December 19, 2016,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B) and § 3161(h)(2).

DATED this 7th day of November, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge